BWB:MSM
F.#2014R01430

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

THAMI DRISSI,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. _____
(T. 49, U.S.C., § 46506(1); T. 18,
U.S.C., §§ 113(a)(5), 2244(b) and
3551 et seq.)

GLASSER, J.
GOLD, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Abusive Sexual Contact In The Special Aircraft Jurisdiction Of The United States)

       On or about August 22, 2014, on an aircraft in the special aircraft jurisdiction of the United States, to wit: aboard Royal Air Maroc Flight Number 202, which originated in Casablanca, Morocco and was bound for John F. Kennedy International Airport ("JFK") in the Eastern District of New York, the defendant THAMI DRISSI, did knowingly and intentionally engage in sexual contact with Jane Doe #1, an individual whose identity is known to the Grand Jury, without Jane Doe #1's permission.

       (Title 49, United States Code, Section 46506(1); Title 18, United States Code, Sections 2244(b) and 3551 et seq.)

## COUNT TWO
(Assault In The Special Aircraft Jurisdiction Of The United States)

On or about August 22, 2014, on an aircraft in the special aircraft jurisdiction of the United States, to wit: aboard Royal Air Maroc Flight Number 202, which originated in Casablanca, Morocco and was bound for John F. Kennedy International Airport ("JFK") in the Eastern District of New York, the defendant THAMI DRISSI, did knowingly and intentionally assault Jane Doe #1, an individual whose identity is known to the Grand Jury, by engaging in sexual contact with Jane Doe #1 without her permission.

(Title 49, United States Code, Section 46506(1); Title 18, United States Code, Sections 113(a)(5) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2

No. _____

---

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

---

THE UNITED STATES OF AMERICA

vs.

*THAMI DRISSI*,

Defendant.

---

# INDICTMENT

(T. 49, U.S.C., § 46506(1); T. 18, U.S.C., §§ 113(a)(5), 2244(b) and 3551 et seq.)

---

*A true bill.* _____*Diane Rafferty*_____

                                                         *Foreman*

---

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

                                                           *Clerk*

---

*Bail,* $ _____

---

*Mathew S. Miller, Assistant U.S. Attorney (718-254-6075)*