UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        - v -                                                     14-cr-00473(ILG)

THAMI DRISSI,
                Defendant
------------------------------------------------------------X

## BAIL CONDITION MODIFICATION CONSENT ORDER

This matter having come before the Court on the application of defendant, Thami Drissi, by and through his counsel, Matthew Galluzzo, Esq., and the United States, by Loretta E. Lynch, United States Attorney, Mathew Miller, Assistant U.S. Attorney, consenting, for an Order modifying defendant's conditions of release, and upon the consent of Brian Manganaro of the Pretrial Services Agency for the Eastern District of New York, and for good cause shown,

IT IS HEREBY ORDERED that:

1. Defendant shall be permitted to reside at the residence of an individual in New York City that has been pre-approved by the Pretrial Services Agency.

2. All other conditions of release contained in all prior orders of the Court shall remain in full force and effect.

Dated:     October 15, 2014

Matthew J. Galluzzo, Esq.
GALLUZZO & JOHNSON LLP
Attorneys for Defendant
48 Wall Street, 11th Floor
New York, New York 10005
(t) 212-918-4661

Mathew Miller, Esq.
Office of the United States Attorney
Eastern District of New York
271 Cadman Place East
Brooklyn, New York 11201
(t) 718-254-6075